UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Ortiz, *et al.*,

           Plaintiffs,

–v–

Pofi Construction Corp., *et al.*,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/21

21-cv-7202 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per this Court's order dated September 16, 2021, the parties were to submit a joint letter and proposed case management plan by November 3, 2021 ahead of the initial pretrial conference scheduled for November 12, 2021 at 3:00 p.m. Dkt. No. 5. The Court is not in receipt of the parties' papers. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 5 on or before November 8, 2021. The joint letter must **advise the Court if the parties can do without a conference altogether.**

    SO ORDERED.

Dated: November 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge