UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

Daniel Ortiz, et al.,

                Plaintiffs,

–v–

Pofi Construction, Corp., et al.,

                Defendants.

21-cv-7202 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        Pursuant to this Court's order, the parties were to submit a joint letter and proposed case management plan in accordance with Dkt. No. 5 by January 12, 2022, ahead of the January 21, 2022 conference. Dkt. No. 15. The Court is not in receipt of the parties' submissions. The parties are ORDERED to submit a joint letter and proposed case management plan on or before **January 14, 2022.**

        SO ORDERED.

Dated: January 13, 2022
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge