```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DANIEL ORTIZ, et al.,                                      :
                                                           :
                              Plaintiffs,                  :
                                                           :          21-CV-7202 (VSB)
                 -against-                                 :
                                                           :               ORDER
                                                           :
POFI CONSTRUCTION, CORP., et al.,                          :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Today, I held a status conference in this case.  In accordance with my comments at the conference, it is hereby:

ORDERED that on or before June 3, 2022, the parties shall jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.

IT IS FURTHER ORDERED that on or before July 1, 2022, the parties shall jointly submit to the Court a status update concerning the parties' efforts to determine whether Defendants employed Plaintiffs.

SO ORDERED.

Dated: May 26, 2022
       New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge