UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                             :
DANIEL ORTIZ, et al.,                      :

                                    Plaintiffs,   :
                                                     :         21-CV-7202 (VSB)
                   -against-                :
                                                     :              **ORDER**
POFI CONSTRUCTION, CORP., et al.,    :

                                  Defendants.  :
                                                     :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On May 26, 2022, I held a status conference in this case.  Thereafter, I ordered the parties to jointly submit to the Court a proposed case management plan and scheduling order on or before June 3, 2022.  (Doc. 24.)  The parties have not done so.  Accordingly, the parties are hereby:

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than June 10, 2022.  If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  June 7, 2022
           New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge