UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DANIEL ORTIZ, et al.,                                       :
:
                 Plaintiffs,   :
:      21-CV-7202 (VSB)
     -against-                                        :
:        **ORDER**
POFI CONSTRUCTION, CORP., et al.,                           :
:
                Defendants.    :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On June 9, 2022, I ordered that the parties submit a joint letter updating the Court on the status of the case by no later than September 30, 2022. (Doc. 28 ¶ 12.) The parties have not done so. In anticipation of the post-discovery conference scheduled for October 14, 2022 at 3:00 p.m., it is hereby:

      ORDERED that the parties submit a joint letter by October 6, 2022, updating the Court on the status of the case, including but not limited to whether the parties have determined if Defendants employed Plaintiffs, whether discovery is completed, whether any discovery disputes remain outstanding, whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, and whether the parties request referral to a Magistrate Judge for settlement purposes.

SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge