```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
DANIEL ORTIZ, et al.,                                 :
                                                      :
                              Plaintiffs,             :
                                                      :         21-CV-7202 (VSB)
              -against-                               :
                                                      :              ORDER
POFI CONSTRUCTION, CORP., et al.,                     :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Today, I held a conference in this case. In accordance with my comments at the conference, it is hereby:

ORDERED that all discovery shall be completed no later than January 16, 2023.

IT IS FURTHER ORDERED that I will conduct a telephonic post-discovery conference on January 20, 2023 at 12:00 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448.

IT IS FURTHER ORDERED that on or before January 18, 2023, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether the parties have determined if Defendants employed Plaintiffs, whether discovery is completed, whether any discovery disputes remain outstanding, whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, and whether the parties request referral to a Magistrate Judge for settlement purposes.

SO ORDERED.

Dated: October 14, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge